IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| RICHARD BANKHEAD, | ) |
|     Plaintiff, | ) |
| v. | )    3:07 CV 208 -MHT |
| | )    CIVIL ACTION NO. |
| AMERICAN SUZUKI MOTOR CORP., et al., | )    07-900011 |
|     Defendants. | ) |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

NOW COMES American Suzuki Motor Corporation and hereby notifies the parties in the above-styled action and the Clerk of the Circuit Court of Russell County, Alabama, in accordance with the provisions of 28 U.S.C. § 1446, of the filing of the Notice of Removal in the United States District Court for the Middle District of Alabama, Eastern Division, of the civil action styled as <u>Richard Bankhead v. American Suzuki Motor Corporation., et al.</u> Civil Action File No. CV-07-900011. A copy of the Notice of Removal is attached and hereby filed with the Clerk of the Circuit Court of Russell County, Alabama.

This 8th day of March, 2007.

                                                          _____
                                                          One of the Attorneys for Defendants.
                                                          American Suzuki Motor Corporation

OF COUNSEL:
Jere F. White, Jr. (WHI007)
S. Andrew Kelly (KEL051)
John D. Mayo (MAY043)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

    This is to certify that on this 8th day of March, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

Zachary T. Collins, Esq.
207 Montgomery Street, Suite 215
Montgomery, Alabama  36104

_____
Of Counsel