IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICHARD BANKHEAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN SUZUKI MOTOR )<br>CORPORATION )<br>)<br>Defendants. ) | CASE NO. 3:07CV208-MHT |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

_____    There are no entities to be reported.

-or-

The following entities are hereby reported:

Suzuki Motor Corporation

Suzuki Manufacturing of American Corporation


/s/John D. Mayo
One of the Attorneys for Defendants.
American Suzuki Motor Corporation

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
S. Andrew Kelly (KELLS3760)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 9th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Zachary T. Collins, Esq.
      207 Montgomery Street, Suite 215
      Montgomery, Alabama 36104

                                    /s/John D. Mayo
                                    Of Counsel