**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **BANKHEAD,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | )   **CIVIL ACTION NUMBER:** |
| **vs.** | )   **3:07-CV-00208** |
| | ) |
| **AMERICAN SUZUKI MOTOR** | ) |
| **CORPORATION** | ) |
| | ) |
|    **Defendant.** | ) |

**NOTICE OF APPEARANCE**

    Comes now the Plaintiff, in the above-styled case and requests this Honorable Court to add the name of Stewart S. Wilbanks and the law firm of **DILLARD & ASSOCIATES, LLC,** as counsel for the Plaintiff.

    **DILLARD & ASSOCIATES, LLC**

    **/s/ Stewart S. Wilbanks**
    Stewart S. Wilbanks
    Fourth Floor, Berry Building
    2015 2nd Avenue North
    Birmingham, Al 35203
    205-251-2823

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 11, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


OF COUNSEL

Stewart Andrew Kelly
Lightfoot, Franklin & White, L.L.C
400 20th Street N.
Birmingham, AL 35203
dkelly@lfwlaw.com

John Dickson Mayo
Lightfoot, Franklin & White, L.L.C
400 20th Street N.
Birmingham, AL 35203
dkelly@lfwlaw.com

Zachary T. Collins
Attorney at Law
207 Montgomery Street
Ste. 213
Montgomery, AL 36104
zackcollins@tmail.com


                                           /s/ Stewart S. Wilbanks
                                           Plaintiff's Counsel