IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICHARD BANKHEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 03:07CV208-MHT |
| ) | |
| AMERICAN SUZUKI MOTOR CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF DEPOSITION**

Please take notice that on a mutually agreeable date and time, Defendant American Suzuki Motor corporation, by and through its attorneys, will take the deposition of plaintiff, Richard Bankhead, upon oral examination before a court reporter or other person lawfully authorized to administer oaths. The deposition will be taken for the purposes of discovery, for use as evidence in this action, and for such other purposes as permitted under the Federal Rules of Civil Procedure. The deposition will continue from time to time until completed.

/s/ John D. Mayo
One of the Attorneys for Defendant
American Suzuki Motor Corp.

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
S. Andrew Kelly (KELLS3760)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

      This is to certify that on this 9th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Zachary T. Collins, Esq.
      207 Montgomery Street, Suite 215
      Montgomery, Alabama  36104

      Stewart S. Wilbanks, Esq.
      Dillard & Associates, LLC
      Fourth Floor, Berry Building
      2015 2nd Avenue North
      Birmingham, Alabama 35203

      /s/ John D. Mayo
      Of Counsel