IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD BANKHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:07cv208-MHT |
| | ) | |
| AMERICAN SUZUKI MOTOR CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 17) is set for submission, without oral argument, on December 20, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 27th day of November, 2007.

                                  /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE