IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD BANKHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:07cv208-MHT |
| | ) | |
| AMERICAN SUZUKI MOTOR | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to remand (Doc. No. 20) is set for submission, without oral argument, on December 20, 2007, with all briefs due by said date.

DONE, this the 3rd day of December, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE