## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **RICHARD BANKHEAD,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | **CASE NO.: 03: 07 CV208-MHT** |
| **AMERICAN SUZUKI MOTOR CORP., et al.,** ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

  COMES NOW Richard Bankhead, a Plaintiff in the above captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No.: 3047:

  ___ This party is an individual, or

  ___ This party is a government entity, or

  _X_ There are no entities to be reported, or

  ___ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>        <u>Relationship to Party</u>

_____       _____

_____       _____

_____       _____

_____       _____

| | |
|---|---|
| <u>12-14-2007</u><br>Date | <u>/s/ Stewart S. Wilbanks</u><br>Counsel |
| | <u>Dillard & Associates, LLC</u><br>Counsel for Plaintiff |
| | <u>2015 2nd Avenue North 4th Floor</u><br><u>Birmingham, Alabama 35203</u><br>Address |
| | <u>(205) 251-2823</u><br>Telephone |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the following:

John D. Mayo
Lightfoot, Franklin & White
The Clark Building
400 North 20th Street
Birmingham, AL 35203

                          Respectfully submitted,
                          /s/ Stewart S. Wilbanks
                          Dillard & Associates, LLC
                          2015 2nd Avenue North
                          4th Floor
                          Birmingham, AL 35203
                          (205) 251-2823 (Telephone)
                          (205) 251-3832 (Facsimile)
                          dillardandassoc@aol.com