IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD BANKHEAD, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | CASE NO.: <u>03: 07 CV208-MHT</u> |
| AMERICAN SUZUKI MOTOR CORP., et al., | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO EXTENSION OF TIME

COMES NOW Plaintiff by and through counsel of record and files this reply to Defendant's Opposition for Extension of Time:

1. Defense counsel has represented to this court that Plaintiff has not provided expert disclosure.

2. Plaintiff has previously disclosed the identity of Plaintiff's proposed expert witness. Plaintiff disclosed the name and address of his expert witness on or about August 20, 2007.

3. Said expert's name is as follows:

    Bryan Oschman
    4103 Holly Avenue
    Columbus, Ga 31904

Wherefore, Plaintiff, by and through counsel or record and requests that this Honorable Court disregard the Defendant's Motion as it is designed to prejudice Plaintiff.

Respectfully submitted this the 16th day of January, 2008.

/s/ Stewart S. Wilbanks
Of Counsel

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John Dickson Mayo, Esq. Lightfoot, Franklin & White, L.L.C, 400 20th Street N., Birmingham, AL 35203, Zachary T. Collins, Esq., 207 Montgomery Street, Ste. 213, Montgomery, AL 36104; and hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

    Respectfully Submitted,

/s Stewart S. Wilbanks
Stewart S. Wilbanks
DILLARD AND ASSOCIATES, L.L.C
Fourth Floor, Berry Building
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-2823
Fax: (205) 251-3832
Email: dillardandassoc@aol.com
ASB-3234-W80W