IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD BANKHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv208-MHT |
| | ) | |
| AMERICAN SUZUKI MOTOR CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of defendant's motion to compel (Doc. # 16), filed November 19, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The plaintiff shall respond to defendant's discovery requests on or before January 23, 2008.

DONE, this 16th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE