IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| RICHARD BANKHEAD, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN SUZUKI MOTOR )<br>CORPORATION, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>3:07cv208-MHT |

**ORDER**

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 27) is granted.

(2) The motion for summary judgment (Doc. No. 17) is reset for submission, without oral argument, on February 1, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 16th day of January, 2008.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE