IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **RICHARD BANKHEAD,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | **CASE NO.: 03: 07 CV208-MHT** |
| **AMERICAN SUZUKI MOTOR CORP., et al.,** ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION**

COMES NOW, Plaintiff, by and through counsel of record and responds to Defendant's Request for Production as follows:

(1) see attached

(2) see attached

(3) see attached

(4) see attached

(5) see attached

(6) see attached

(7) none

(8) none known

(9) see attached

(10) see attached

(11) see attached

(12) see attached

(13) Plaintiff does not understand this request. However, Defendant has been allowed to view and examine the motorcycle.

(14) see attached

(15) previously produced; otherwise none

(16) see # 15

(17) Previously produced; otherwise none

(18) see attached

(19) see attached

(20) Plaintiff intends to offer all requested documents and/or material at trial.

(21) see attached

(22) see attached; otherwise none

(23) see attached; otherwise none

(24) see attached; otherwise none

(25) none known

(26) none known

(27) see attached

(28) see attached

(29) see attached

(30) see attached

(31) see attached; otherwise none

(32) none

(33) see attached

Respectfully submitted this the 17th day of January, 2008.

Of Counsel:

/s/ Stewart S. Wilbanks
Dillard & Associates, LLC
2015 2nd Avenue North
4th Floor
Birmingham, AL 35203
(205) 251-2823 (Telephone)
(205) 251-3832 (Facsimile)
ssw-da@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John Dickson Mayo, Esq. Lightfoot, Franklin & White, L.L.C, 400 20th Street N., Birmingham, AL 35203, Zachary T. Collins, Esq., 207 Montgomery Street, Ste. 213, Montgomery, AL 36104; and hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

Respectfully Submitted,

/s Stewart S. Wilbanks
Stewart S. Wilbanks
DILLARD AND ASSOCIATES, L.L.C
Fourth Floor, Berry Building
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-2823
Fax: (205) 251-3832
Email: dillardandassoc@aol.com
ASB-3234-W80W