IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


RICHARD BANKHEAD,       )
                      )
    Plaintiff,    )
                      )     CIVIL ACTION NO.
    v.              )     3:07cv208-MHT
                      )
AMERICAN SUZUKI MOTOR    )
CORPORATION,         )
                      )
    Defendant.    )

ORDER

It is ORDERED that the motion to strike (Doc. No. 35) is set for submission, without oral argument, on February 15, 2008, with all briefs due by said date.

DONE, this the 4th day of February, 2008.


     /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE