IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | |
|---|---|
| RICHARD BANKHEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 3:07cv208-MHT |
| | ) |
| AMERICAN SUZUKI MOTOR | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER SETTING PRETRIAL HEARING

It is ORDERED that this cause is hereby set for a pretrial hearing as provided by Rule 16 of the Federal Rules of Civil Procedure, on March 24, 2008, at 9:45 a.m. in Chambers 200FMJ, Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.

At the pretrial hearing, the court will consider the matters addressed by Rule 16. All parties are expected to have complied fully with this court's previously entered Rule 16 uniform scheduling order. All parties should prepare and have ready all stipulations and possible admissions of fact and of documents which might avoid unnecessary proof upon trial.

ANY PRO SE LITIGANTS and ALL LEAD ATTORNEYS must appear at the time above designated and be fully prepared to state the facts of the case in the most minute detail, and be authorized to admit all facts that are true. All motions which have not been otherwise submitted or ruled

on will be heard at the above stated time.  Counsel
should be prepared to argue them. Appropriate penalties
will be imposed for failure to comply with these
requirements.

The parties are DIRECTED to prepare JOINTLY a
proposed pretrial order in accordance with the attached
outline.  The plaintiff(s) shall ensure that the proposed
pretrial order is received by the court NOT LATER THAN
TWO BUSINESS days prior to the pretrial conference by
either (1) delivery of the order (both hard copy and on
disk) to chambers or (2) by transmitting an electronic
copy of the proposed pretrial order to the court as an
attachment to an email message sent to
<propord_thompson@almd.uscourts.gov>.     For these
purposes, the electronic or disk copy should be in
WordPerfect or Word format and not in Adobe Acrobat PDF
format.   If the plaintiff is pro se, then the
defendant(s) shall have this responsibility.

TRIAL TERM COMMENCES May 12, 2008, in Opelika,
Alabama.

DONE, this the 22nd day of February, 2008.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE

NOTICE TO ATTORNEYS

The proposed pretrial order must be joint, and not piecemeal, and it should be reviewed and approved by all parties BEFORE the pretrial hearing.

---

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA,  DIVISION

```
                        )
                        )
        Plaintiff,      )
                        )
v.                      )   CIVIL ACTION NO.
                        )
                        )
        Defendant.      )
```

## ORDER ON PRETRIAL HEARING

A pretrial hearing was held in this case on _____, wherein the following proceedings were held and actions taken:

1.  <u>PARTIES AND TRIAL COUNSEL</u>:

COUNSEL APPEARING AT PRETRIAL HEARING:  (same as trial counsel)  or  (indicate  if  different) _____

2.    <u>JURISDICTION AND VENUE</u>:

3.    <u>PLEADINGS</u>:    The  following pleadings and amendments were allowed:

4.    <u>CONTENTIONS OF THE PARTIES</u>:

(a) The plaintiff(s)

(b) The defendant(s)

5.    <u>STIPULATIONS BY AND BETWEEN THE PARTIES</u>:

PLEASE  LEAVE  ORDER  UNFINISHED  AT  THIS  POINT  FOR COMPLETION BY THE COURT.