IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD BANKHEAD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:07cv208-MHT |
| | ) | |
| AMERICAN SUZUKI MOTOR | ) | |
| CORPORATION, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to continue (Doc. No. 40) is granted.

(2) The uniform scheduling order (Doc. No. 7) is amended to reflect that the pretrial is set for September 5, 2008, at 9:30 a.m. at the federal courthouse in Montgomery, and the trial is set for October 14, 2008, at 10:00 a.m. at the federal courthouse in Opelika, Alabama, with all deadlines expressly tied to these two dates adjusted accordingly.

DONE, this the 14th day of March, 2008.

                                           /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE