IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

RICHARD BANKHEAD,             )
    PLAINTIFF,                )
                              )   CIVIL ACTION No.: 03:07CV208-MHT
v.                            )
                              )
AMERICAN SUZUKI MOTOR         )
CORPORATION,                  )
    DEFENDANT.                )

PLAINTIFF'S EXHIBIT & WITNESS LIST

    COMES NOW the Plaintiff by and through counsel of record and submits the following Witness List pursuant to Rule (26) (a) (3) of the Federal Rules of Civil Procedure:

(1) Richard Bankead
    50 Lee Road
    Salem, AL 36877

    (Plaintiff will testify at trial)

(2) Don and Geraldine Joseph
    50 Lee Road
    Salem, AL 36877
    (334) 214-5969

    (Plaintiff's parents will testify at trial)

(3) Bryan Oschman
    20 Old Willimantic Road
    Chaplin, CT 06335

    (Plaintiff's expert will testify at trial)

(4)  Deposition of Richard Bankhead

   (Plaintiff's deposition will be utilized subject to designation)

(5)  Plaintiff's responses to Defendant's discovery.

(6)  Defendant's responses to Plaintiff's discovery.

(7)  Plaintiff's Initial Disclosure submissions.

(8)  Defendant's Initial Disclosure submissions.

(9)  Defendant's entire Witness and Exhibit List.

(10) Care Ambulance (medical records and charges)
   Box 530481
   Atlanta, GA 30353

(11) Doctor's Hospital of Columbus (medical records and charges)
   P.O. Box 409151
   Atlanta, GA 30384-9151

(12) The Medical Center (medical records and charges)
   P.O. Box 1040
   Columbus, GA

(13) Expert Report of Bryan Oschman

(14) Any witness, exhibit or document required for impeachment

(15) Any witness, exhibit or document required for rebuttal

(16) Any witness, exhibit or document ascertained upon further discovery

(17) Plaintiff reserves the right to supplement his Witness & Exhibit List.

Respectfullly submitted this the 3rd day of September, 2008.

```
/s Stewart S. Wilbanks
Attorney at Law, LLC
1117 22nd Street S.
Suite 206
Birmingham, AL 35205
(205) 776-2066 (Telephone)
(205) 776-2040 (Facsimile)
```
sswatty@gmail.com
ASB-3234-W80W

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, I electronically filed the foregoing with the Clerk of Court using the CMF/ECF system which will send notification of such filing to the following:

John D. Mayo
Lightfoot, Franklin & White
The Clark Building
400 North 20th Street
Birmingham, AL 35203

Zachary T. Collins
Attorney at Law
207 Montgomery Street
Ste. 213
Montgomery, AL 36104

/s/ Stewart S. Wilbanks
Of Counsel