IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICHARD BANKHEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 03:07CV208-MHT |
| ) | |
| AMERICAN SUZUKI MOTOR CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S RULE 26 PRE-TRIAL WITNESS LIST DISCLOSURE**

Defendant American Suzuki Motor Corporation ("ASMC") says as follows in support of its Rule 26 Pre-Trial Witness List Disclosure pursuant to the Court's Uniform Scheduling Order:

I.  **Trial Witnesses.** Pursuant to Section 9 of the Uniform Scheduling Order, ASMC identifies the following witnesses that, subject to their availability, it expects to call at trial or that it may call at trial if the need arises (except ASMC has not identified witnesses that may be called for impeachment purposes):

   A.  Witnesses that ASMC expects to call at trial:

   1.  Officer Frankie Mahana - Phenix City Police Department - 1111 Broad Street, Phenix City, AL 36877, 334-298-0611, 706-315-1675.

    2.      EMT Keila Stewart - Columbus, Georgia Fire Department - 42 Lee Road, Phenix City, AL 36870, 706-527-2157.

    3.      James Corbett – Phenix City Fire Department - 77 Lee Road 2041 Phenix City, AL 36870, 706-366-1899.

    4.      EMT Kyndra Rushing - Care Ambulance Service – 1703 Seventh St, Phenix City, AL 36869, 334-291-0039, 706-464-3375.

    5.      Alex Butt - American Suzuki Motor Company - 3251 E. Imperial Highway Post Office Box 1100 Brea, California 92822-1100, 714-996-7040.

    6.      Rick Oxton - 820 Buttonwood Dr., Ft. Myers, FL 33931, 239-765-6200.

B.     Witnesses that ASMC may call at trial if the need arises and subject to their availability:

    1.      Jeffery Mitchell- Tow Truck Driver -Wimmer's Wrecker Service – 2005 Crawford Road, Phenix City, AL 36860, 334-298-1658.

    2.      EMT Michael Wilborn - Phenix City Fire Department – 204 Stage Coach Drive, Phenix City, AL 36868, 706-464-6534.

3. Matthew Burnette - Phenix City Fire Department – 1111 Broad St, Phenix City, AL 36869, 706-577-7069.

4. James Jackson, Jr. - Phenix City Fire Department – 2202 Mayhan Dr., Columbus, GA 31907, 334-291-4715.

5. Jarrett Tidwell - Phenix City Fire Department – 138 Lee Road 2016, Salem, AL 36874, 334-291-4715, 706-681-5137.

6. EMT Ben Hardy - Care Ambulance Service – 5000 Armour Rd., Apt. 8D, Columbus, GA 21904, unknown phone number.

7. Dickie Land, Extreme Power Sports, 2990 Northlake Parkway, Columbus, GA, 31909, 706-324-0132

8. Tony Whiteside, Extreme Power Sports, 2990 Northlake Parkway, Columbus, GA, 31909, 706-324-0132

9. Tony Eastridge, Extreme Power Sports, 2990 Northlake Parkway, Columbus, GA, 31909, 706-324-0132

10. Don Ivory, Extreme Power Sports, 2990 Northlake Parkway, Columbus, GA, 31909, 706-324-0132

11. Jeremy Battle, Extreme Power Sports, 2990 Northlake Parkway, Columbus, GA, 31909, 706-324-0132

12. Matt Shins, Extreme Power Sports, 2990 Northlake Parkway, Columbus, GA, 31909, 706-324-0132

13. Without waiving any objection as to Plaintiff's disclosures in response to Section 9 of the Uniform Scheduling Order, ASMC respectfully reserves the right to call any witness listed by Plaintiff and any witness needed for impeachment or rebuttal.

Respectfully submitted this 4th day of September, 2008,

/s/ John D. Mayo
One of the Attorneys for Defendant
American Suzuki Motor Corp.

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
S. Andrew Kelly (KELLS3760)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Zachary T. Collins, Esq.
>207 Montgomery Street, Suite 215
>Montgomery, Alabama 36104
>
>Stewart S. Wilbanks, Esq.
>1117 22nd Street South
>Suite 206
>Birmingham, Alabama 35205

>/s/ John D. Mayo
>Of Counsel